IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MELODIO REYES | ) | MISC ACTION NUMBER |
| | ) | M-19-711 |
| VS. | ) | |
| | ) | |
| JASON JONES, ET AL. | ) | |
| | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's application to proceed *in forma pauperis* in this 42 U.S.C. § 1983 action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 9 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 14th day of October, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE